IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **DEANDRA SNYDER,**<br><br>     Plaintiff,<br><br>  v.<br><br>**ARCHER-DANIELS-MIDLAND COMPANY, and VANTAGE CORN PROCESSORS, LLC,**<br>     Defendants. | Case No. 2:21-cv-02224-CSB-EIL<br><br>Honorable Judge Colin Stirling Bruce<br><br>Magistrate Judge Eric I. Long |

## JOINT MOTION FOR STAY OF DISCOVERY
## AND REQUEST FOR A SETTLEMENT CONFERENCE

  Defendants, Archer-Daniels-Midland Company and Vantage Corn Processors, LLC ("Defendants") by and through their attorneys, LITTLER MENDELSON, P.C., and Plaintiff, Deandra Snyder ("Plaintiff") through her counsel (collectively, the "Parties"), pursuant to local rules and Federal Rules of Civil Procedure 16(a)-(b), respectfully move this Court for a stay of discovery and other deadlines pending, and a settlement conference with the Magistrate Judge. In support of the Parties' request, they state as follows.

  1. Based on the reminder set forth in the Court's Text Order dated October 27, 2021 (Dkt. 14), the Parties' counsel have conferred and agree that a settlement conference with the assigned Magistrate Judge at this time will facilitate settlement. Accordingly, the Parties request that the Court schedule a settlement conference pursuant to Rule 16(a)(5).

  2. Additionally, to conserve Defendants' resources and increase the likelihood of resolution (including by avoiding Plaintiff's counsel incurring fees for which she may seek to recover as part of any settlement), the Parties request that the Court stay the case management deadlines set forth in the Court's scheduling order (Dkt. #14 Text Order) pending completion of

the Settlement Conference. The Parties believe that attempting to explore resolution constitutes good cause to modify the discovery scheduling order under Rule 16(b)(4).

3. Should the Court decline to grant the stay of discovery deadlines in this matter, in the alternative, the Parties request that the Court postpone the January 17, 2022, deadline for submission of an e-discovery plan to and including January 31, 2022.

**WHEREFORE**, Defendants, Archer-Daniels-Midland Company and Vantage Corn Processors, LLC, and Plaintiff, Deandra Snyder, respectfully request that this Court stay discovery and schedule a settlement conference in this matter.

Dated: January 14, 2022

Respectfully submitted,

*/s/ Ariel Clarke*
Ariel Clarke ARDC# 6335703

Jody Boquist ARDC# 06209561
Ariel Clarke ARDC# 6335703
LITTLER MENDELSON, P.C.
A Professional Corporation
321 North Clark Street
Suite 1100
Chicago, IL  60654
(312) 372-5520
*Attorneys for Defendant*

J. Bryan Wood
The Wood Law Office, LLC
303 W. Madison Street, Suite 2650
Chicago, Illinois 60606
*Attorney for Plaintiff*

Terri Blanchard
The Blanchard Law Group, P.C.
15255 S. 94th Ave
Suite 500
Orland Park, IL 60462
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney, certifies that on January 14, 2022, she caused a copy of the foregoing, ***Joint Motion for Stay of Discovery and Request for a Settlement Conference*** to be filed electronically with the Clerk of the U.S. District Court, Central District of Illinois, using the CM/ECF system, and served upon the following via email:

>J. Bryan Wood
>The Wood Law Office, LLC
>303 W. Madison Street, Suite 2650
>Chicago, Illinois 60606
>Email: bryan@jbryanwoodlaw.com
>
>Terri Blanchard
>The Blanchard Law Group, P.C.
>16148 Kedzie Avenue
>Markham, Illinois 60428
>Email: tblanchard@blanchardlawgroup.com

             */s/ Ariel Clarke*
              Ariel Clarke